UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18cr194 JM |
| Plaintiff, | ) ) | **ORDER CONTINUING MOTION/TRIAL SETTING HEARING** |
| v. | ) ) | |
| DANIEL TESFAMICHAEL GHEBREGZIABIHER, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to joint motion (Doc. 19), and defendant DANIEL GHEBREGZIABIHER'S agreement that time is excluded**, IT IS HEREBY ORDERED** that the Motion/Trial Setting Hearing shall be continued from March 16, 2018 to *April 20, 2018 at 11:00 a.m.*

IT IS SO ORDERED.

DATED: March 12, 2018

Hon. Jeffrey T. Miller
United States District Judge